UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARL A. THOMAS,** | : |
|     Plaintiff, | : |
| | : |
| v. | :    No. 25-cv-2669 |
| | : |
| **DANIEL E. WHITE,** *et al.*, | : |
|     Defendants. | : |

**O R D E R**

**AND NOW**, this 15th day of October, 2025, upon consideration of Defendant Daniel E. White's Motion to Dismiss, ECF No. 12, Plaintiff Carl A. Thomas's Motion in Opposition, construed as a Response, ECF No. 14, and Defendant's Reply thereon, ECF No. 15, it is **ORDERED** that:

    1.    The Motion to Dismiss, ECF No. 12 is **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

    2.    All federal law claims are **DISMISSED WITH PREJUDICE**.

    3.    All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

    4.    The Clerk of Court is **DIRECTED** to relabel Thomas's "Motion," ECF No. 14, as a Response, term the Motion, and **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**